**Jack CANTELLA v. UNITED STATES of America.**

No. 7331.

Circuit Court of Appeals, Sixth Circuit.

Feb. 5, 1936.

Henry A. Pollack, of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio.

PER CURIAM.

Docketed and dismissed on court's own motion.

**CANTON PROVISION COMPANY v. C. E. MOORE, Individually and as Collector of Internal Revenue for the 18th District of Ohio.**

No. 7232.

Circuit Court of Appeals, Sixth Circuit.

Feb. 14, 1936.

E. J. Brunenkant, of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed on motion of appellant.

**CENTRAL HANOVER BANK & TRUST COMPANY, as Trustee, Plaintiff-Appellee, v. SIEMENS & HALSKE AKTIENGESELLSCHAFT and Siemens Schuckertwerke, Gesellschaft Mit Beschrankter Haftung, Defendants-Appellants.**

No. 439.

Circuit Court of Appeals, Second Circuit.

June 22, 1936.

Cravath, deGersdorff, Swaine & Wood, of New York City (William D. Whitney, of New York City, of counsel), for appellants.

Larkin, Rathbone & Perry, of New York City (A. M. Lewis and Charles B. McGroddy, Jr., both of New York City, of counsel), for appellee.

Thomas F. Murphy, of New York City, amicus curiæ.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed on opinion below. 15 F.Supp. 937.